LAWRENCE G. BROWN
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-008 LKK |
| ) | |
| Plaintiff, ) | ORDER AFTER HEARING |
| ) | EXCLUDING TIME |
| v. ) | |
| ) | |
| DONALD M. WANLAND, JR., ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court on February 6, 2009 for a status conference. Assistant U.S. Attorney Samantha Spangler appeared for the United States. Attorney Mark Axup appeared with and on behalf of the defendant. After hearing from counsel regarding the status of the case, the Court set a further status conference for March 17, 2009, at 9:15 a.m. With the agreement of both parties, the Court excluded time from the Speedy Trial Act calculation pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv) to give counsel reasonable preparation time. The

///

///

///

1

1  Court finds that the interests of justice served by the granting of
2  the continuance outweigh the interests of the public and the
3  defendant in a speedy trial.
4       IT IS SO ORDERED.
5  DATED: February 13, 2009

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT