MARK S. AXUP (SBN 112876)
**LAW OFFICES OF MARK S. AXUP**
Attorneys at Law
1012 19th Street
Sacramento, California 95814

Telephone No. (916) 442-4224

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr. S-09-008 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULED COURT DATES** |
| v. | |
| DONALD M. WANLAND, | |
| Defendant. | |

Upon notice that the above-captioned case will be assigned to Judge Karlton's calender, it is hereby stipulated and agreed by between defendant Wanland, by and through his counsel, Mark Axup, and the United States, through its counsel, Assistant United States Attorney Samantha Spangler, to request adjustment of the scheduled court date as follows:

That in <u>United States v. Donald M. Wanland</u>, case number, Cr. S-09-008 LKK , the status conference of March 17, 2009, be vacated and the case set for status in front of Judge Karlton on Tuesday, April 28, 2009, with time excluded pursuant to local code T4.

/ / /

/ / /

1

**STIPULATION AND ORDER REGARDING
MODIFICATION OF SCHEDULED COURT DATES**

The parties agree that it is appropriate to exclude time under the Speedy Trial Act, 18 USC 3161 (h) (8) (iv) (preparation of counsel), in that the amount of time requested is brief and will be used by counsel to investigate and prepare this case.

Respectfully submitted,

DATED: March 24, 2009  LAW OFFICE OF MARK S. AXUP

**/S/ Mark S. Axup**
MARK S. AXUP
Attorney for Defendant Wanland

**IT IS SO STIPULATED:**

Date: March 24, 2009

**/S/ Mark S. Axup**
MARK S. AXUP
Attorney for Defendant Wanland

Date: March 24, 2009

**/S/ Mark S. Axup for**
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Date: March 24, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT