```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-008 LKK |
| | ) | |
| Plaintiff, | ) | ORDER AFTER HEARING |
| | ) | EXCLUDING TIME |
| v. | ) | |
| | ) | |
| DONALD M. WANLAND, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on April 28, 2009, for a status conference. Assistant U.S. Attorney Samantha S. Spangler appeared for the United States. Attorney Mark Axup appeared with and on behalf of the defendant. After hearing from counsel regarding the status of the case, the Court set a further status conference for June 23, 2009, at 9:15 a.m. With the agreement of both parties, the Court excluded time from the Speedy Trial Act calculation pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv) to give counsel reasonable preparation time. The

///
///
///

1

Court finds that the interests of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 15, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT