1  MARK S. AXUP (SBN 112876)
   **LAW OFFICES OF MARK S. AXUP**
2  Attorneys at Law
   1012 19th Street
3  Sacramento, California 95814

4  Telephone No.  (916) 442-4224

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr. S-09-008 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULED COURT DATES** |
| v. | |
| DONALD M. WANLAND, | |
| Defendant. | |

Upon notice that the above-captioned case will be assigned to Judge Karlton's calender,  it is hereby stipulated and agreed by between defendant Wanland, by and through his counsel, Mark Axup, and the United States, through its counsel, Assistant United States Attorney Samantha Spangler, to request adjustment of the scheduled court date as follows:

That in <u>United States v. Donald M. Wanland</u>, case number, Cr. S-09-008 LKK , the status conference of June 23, 2009, be vacated and the case set for status in front of Judge Karlton on Tuesday, August 25, 2009, with time excluded pursuant to local code T4.

/ / /

/ / /

1

The parties agree that it is appropriate to exclude time under the Speedy Trial Act, 18 USC 3161 (h) (8) (iv) (preparation of counsel), in that the amount of time requested is brief and will be used by counsel to investigate and prepare this case.

DATED: June 19, 2009                           Respectfully submitted,

*/s/ Mark s. Axup*
MARK S. AXUP
Attorney for Defendant

**IT IS SO STIPULATED:**

Date: June 19, 2009

*/s/ Mark s. Axup*
MARK S. AXUP
Attorney for Defendant Wanland

Date:  June 19, 2009

*/s/ Samantha S. Spangler*
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Date: June 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT