LAWRENCE G. BROWN
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>DONALD M. WANLAND, JR.,<br><br>     Defendant. | CASE NO. 2:09-cr-008 LKK<br><br>ORDER AFTER HEARING<br>EXCLUDING TIME |

This matter came before the Court on August 25, 2009, for a status conference. Assistant U.S. Attorney Samantha S. Spangler appeared for the United States. Attorney Mark Axup appeared for the defendant, who has a waiver of appearance on file. After hearing from counsel regarding the status of the case, the Court set a further status conference for October 14, 2009, at 9:15 a.m. With the agreement of both parties, the Court excluded time from the Speedy Trial Act calculation to give counsel reasonable preparation time, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4 (with the corrected statutory reference). The Court finds that the interests of justice served by the granting of the continuance

///

1

outweigh the interests of the public and the defendant in a speedy trial.

   IT IS SO ORDERED.

DATED: September 11, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT