1  LAWRENCE G. BROWN
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    Case No.  2:09-cr-008 LKK
                                   )
12           Plaintiff,            )    STIPULATION AND ORDER
                                   )    CONTINUING STATUS CONFERENCE
13  v.                             )
                                   )
14  DONALD M. WANLAND, Jr.         )
                                   )
15           Defendant.            )
   _____)

16

17                          Stipulation

18       Because the parties are in the process of negotiating a plea

19  agreement, they, through undersigned counsel, stipulate that the

20  status conference scheduled for October 14, 2009, may be continued

21  to November 17, 2009, at 9:15 a.m.

22       The parties further stipulate that time may be excluded from

23  the speedy trial calculation under the Speedy Trial Act through the

24  new status conference date of November 17, 2009, pursuant to 18

25  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel

26  preparation and because the interests of justice served by granting

27  this continuance outweigh the interests of the defendant and the

28  public in a speedy trial.

                                1

1    Defense counsel has authorized the prosecutor to sign this

2  stipulation on his behalf.

3  DATED:  October 9, 2009          LAWRENCE G. BROWN
                                    United States Attorney
4

5                            by    /s/
                                    Samantha S. Spangler
6                                   Assistant U.S. Attorney

7

8  DATED:  October 9, 2009    by    /s/  for
                                    Mark Axup
9                                   Counsel for Defendant
                                    Donald M. Wanland, Jr.
10

11                           Order

12    Good cause appearing, the status conference scheduled for

13  October 14, 2009 is ordered continued to November 17, 2009, at 9:15

14  a.m.  The Court finds that the interests of justice served by

15  granting this continuance outweigh the interests of the defendant

16  and the public in a speedy trial.  Therefore, time is excluded from

17  the speedy trial calculation under the Speedy Trial Act through the

18  new status conference date of November 17, 2009, pursuant to 18

19  U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

20    IT IS SO ORDERED.

21  DATED: October 14, 2009

22

23                           LAWRENCE K. KARLTON
                             SENIOR JUDGE
24                           UNITED STATES DISTRICT COURT

25

26

27

28

                             2