BENJAMIN B. WAGNER
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-008 LKK |
| | ) | |
| Plaintiff, | ) | ORDER AFTER HEARING |
| | ) | EXCLUDING TIME |
| v. | ) | |
| | ) | |
| DONALD M. WANLAND, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on November 17, 2009, for a status conference. Assistant U.S. Attorney Samantha S. Spangler appeared for the United States. Attorney Mark Axup appeared for the defendant, who was not present and has a waiver of appearance on file. After hearing from counsel regarding the status of the case, the Court set a further status conference for December 1, 2009, at 9:15 a.m. With the agreement of both parties, the Court excluded time from the Speedy Trial Act calculation through the new status conference date to give counsel reasonable preparation time, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

///

///

The Court finds that the interests of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedy trial.

   IT IS SO ORDERED.

DATED:   November 17, 2009

   /s/ Lawrence K. Karlton
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT