1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-008 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER AFTER HEARING EXCLUDING TIME |
| v. | ) | |
| DONALD M. WANLAND, JR., | ) | |
| Defendant. | ) | |

This matter came before the Court on December 1, 2009, for a status conference. Assistant U.S. Attorney Carolyn K. Delaney appeared for Samantha S. Spangler on behalf of the United States. Attorney Mark Axup appeared for the defendant, who was not present and has a waiver of appearance on file. After hearing from counsel regarding the status of the case, the Court set a further status conference for January 12, 2010, at 9:15 a.m. With the agreement of both parties, the Court excluded time from the Speedy Trial Act calculation through the new status conference date to give counsel reasonable preparation time, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4. The Court finds that the interests of

///

1

1 | justice served by the granting of the continuance outweigh the
2 | interests of the public and the defendant in a speedy trial.
3 |     IT IS SO ORDERED.
4 | DATED: December 2, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT