MARK S. AXUP (SBN 112876)
**LAW OFFICES OF MARK S. AXUP**
Attorneys at Law
1012 19th Street
Sacramento, California 95814

Telephone No.  (916) 442-4224

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DONALD M. WANLAND,<br><br>                              Defendant. | CASE NO. Cr. S-09-008 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:        January 12, 2010<br>Time:        9:15 a.m.<br>Courtroom:  2<br><br>Judge:       Lawrence K. Karlton |

  IT IS HEREBY STIPULATED by between Defendant Donald M. Wanland, Jr., by and through his counsel, Mark S. Axup, and the United States, through its counsel, Assistant United States Attorney Samantha S. Spangler as follows:

  That the Status Conference on the above-referenced matter currently scheduled for January 12, 2010, before Senior Judge Lawrence K. Karlton be continued to **Tuesday, February 23, 2010 at 9:15 a.m.** in Courtroom No. 2.

/ / /

/ / /

The parties agree that it is appropriate to exclude time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A&B)(iv) and Local Code T4, in that the amount of time requested is brief and will be used by counsel to investigate and prepare this case.

DATED: January 8, 2010

Respectfully submitted,

*/s/ Mark s. Axup*
MARK S. AXUP
Attorney for Defendant

**IT IS SO STIPULATED:**

DATED: January 8, 2010

*/s/ Mark s. Axup*
MARK S. AXUP
Attorney for Defendant Wanland

DATED: January 8, 2010

*/s/ Samantha S. Spangler*
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Date: January 11, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT