BENJAMIN B. WAGNER
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-008 LKK |
| Plaintiff, ) | ORDER AFTER STATUS CONFERENCE |
| v. ) | |
| DONALD M. WANLAND, JR., ) | |
| Defendant. ) | |

This matter came before the Court on February 23, 2010, for a status conference. Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the United States. Attorney Mark Axup appeared for the defendant, who was not present and has a waiver of appearance on file.

Mr. Axup notified the Court that Mr. Wanland is in the process of hiring new counsel but has not done so yet. The Court set a further status conference for March 16, 2010, at 9:15 a.m.

The defendant is directed to be present on that date at that time. The defendant's waiver of personal appearance is hereby REVOKED. Mr. Axup was directed to notify the defendant.

///

1  The Court excluded time from the Speedy Trial Act calculation
2 through the new status conference date to allow the defendant to
3 obtain new counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv)
4 and Local Code T4.  The Court finds that the interests of justice
5 served by granting the continuance outweigh the interests of the
6 public and the defendant in a speedy trial.

7  IT IS SO ORDERED.
8 DATED:   February 25, 2010

            _____
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT