1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CASE NO. 2:09-cr-008 LKK
                                  )
12                 Plaintiff,     )   REQUEST FOR ORDER EXCLUDING TIME
                                  )   AND ORDER AFTER STATUS CONFERENCE
13      v.                        )
                                  )
14 DONALD M. WANLAND, JR.,        )
                                  )
15                 Defendant.     )
   _____)

16

17      This matter was on calendar yesterday, April 13, 2010, for

18 status of counsel.  The defendant appeared with his former counsel,

19 Mark Axup, who was relieved as counsel of record.  The Federal

20 Defender was directed to appoint counsel for Mr. Wanland.  The new

21 attorney was directed to appear at the status conference scheduled

22 for April 20, 2010.  The Court also vacated the trial date.

23      The undersigned was not expecting the trial date to be vacated

24 and was left somewhat flummoxed by that action by the Court.

25 Moreover, the undersigned could not be present on April 20, as she

26 is scheduled to start a trial that day, but indicated she would have

27 another prosecutor appear in her stead.  The undersigned failed to

28 ask the Court to exclude time from the Speedy Trial Act calculation

                                  1

through the next status conference date pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv) to allow the new attorney to be appointed, to obtain the discovery from Mr. Axup, and to appear at the next status conference, only one week later.  The government is confident the Court would have granted the request to exclude time, had the undersigned made the request.  Therefore, the government now asks the Court to issue the attached Order After Status Conference, which includes a paragraph excluding time.

This matter is submitted directly to the Court without consulting with defense counsel, because the undersigned has not yet been notified who will be appointed to represent Mr. Wanland.

Respectfully submitted,

DATED:  April 14, 2010                  BENJAMIN B. WAGNER
                                        United States Attorney


                                    by    /s/ Samantha S. Spangler
                                        Samantha S. Spangler
                                        Assistant U.S. Attorney

ORDER

This matter came before the Court on April 13, 2010, for a status conference.  Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the United States.  Attorney Mark Axup appeared with and on behalf of the defendant, who was present.

The Court relieved Mr. Axup as counsel of record in this case. The Court then directed the Federal Defender's Office to appoint counsel for Mr. Wanland, and to ascertain whether he has the ability to repay the costs of such representation.  The Court also vacated the jury trial scheduled for June 1, 2010.  The Court set a further status conference for April 20, 2010, at 9:15 a.m.

In light of the government's request, set forth above, the Court now excludes time from the Speedy Trial Act calculation from April 13, 2010 through the new status conference date to allow the defendant's new counsel to come into the case, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.  The Court finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: April 16, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3