**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
DONALD WANLAND, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 09-008 LKK |
|            Plaintiff, ) | |
| vs. ) | **ORDER RE WAIVER OF DEFENDANT'S PRESENCE** |
| DONALD M. WANLAND, JR., ) | |
|            Defendants. ) | |

       Defendant DONALD M. WANLAND, JR., hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial confirmation ('TCH'), empanelment of jury, trial and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated:     April 20, 2010                    __/s/ Donald M. Wanland, Jr._____
                                                              Original Signature on file
                                                              Defendant, Donald M. Wanland, Jr.

Approved:  April 20, 2010                By: ___/s/  Joseph J. Wiseman___
                                                              JOSEPH J. WISEMAN
                                                              Attorney for Defendant
                                                              DONALD M. WANLAND, JR.

Dated:     April 20, 2010                    Respectfully submitted,

                                                              JOSEPH J. WISEMAN, P.C.

                                                              By: ___/s/  Joseph J. Wiseman___
                                                              JOSEPH J. WISEMAN
                                                              Attorney for Defendant
                                                              DONALD M. WANLAND, JR.

Dated: April 26, 2010                        I approve the *Request for Waiver of Presence*.

                                                              LAWRENCE K. KARLTON
                                                              SENIOR JUDGE
                                                              UNITED STATES DISTRICT COURT