IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S 09-008 LKK |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| DONALD M. WANLAND, JR., | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |
| _____ | ) |

**ORDER**

The defendant, Donald M. Wanland, has requested an order appointing counsel to represent him pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, which provides for such an order when the applicant is "financially unable to obtain adequate representation". The financial affidavit submitted to the Office of the Federal Defender in support of Mr. Wanland's request, discloses that he may have the ability to pay a portion of his attorney fees. His ability to do so may change depending upon the outcome of the case pending against him. The Court will be best able to judge his exact ability to pay fees pending the final disposition of this matter. Accordingly, in the interests of immediately providing counsel as requested for a defendant who has been unable to secure private counsel, and taking into account the possibility that Mr. Wanland might be able to pay at least a portion of the cost of providing counsel, Mr. Wanland shall remain liable to reimburse the CJA program for all or part of the value of

1  appointed counsel's services pursuant to further order of the Court
2  upon final disposition of this matter.

4  Dated:  May 11, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading                    -2-