```
BENJAMIN B. WAGNER
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-008 LKK |
| Plaintiff, | ORDER AFTER STATUS CONFERENCE EXCLUDING TIME |
| v. | |
| DONALD M. WANLAND, JR., | |
| Defendant. | |

This matter came before the Court on May 25, 2010, for a status conference. Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the United States. Attorney Joseph Wiseman appeared for the defendant, who was not present and has a waiver of appearance on file.

The Court set a jury trial for February 15, 2011, and a trial confirming hearing for January 25, 2011, at 9:15 a.m. Counsel for the parties indicated they intend to continue to negotiate with a goal of a disposition short of trial. If such disposition is reached, counsel will contact the Court's Courtroom Deputy Clerk to schedule the matter on the Court's calendar.

///

1

1     The Court excluded time from the Speedy Trial Act calculation
2 through the trial date for preparation and continuity of counsel,
3 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4,
4 because the scheduled trial date is the first available date for
5 defense counsel.  The Court finds that the interests of justice
6 served by granting the continuance outweigh the interests of the
7 public and the defendant in a speedy trial.
8     IT IS SO ORDERED.
9 DATED: June 1, 2010

                                 /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT