JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:    530.759.0700
    Facsimile:    530.759.0800
Attorney for Defendant

DONALD M. WANLAND, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DONALD M. WANLAND, JR.,<br><br>                  Defendant. | Case No. CR S 09-008 LKK<br><br>**ORDER SETTING STATUS CONFERENCE AND CHANGE OF COUNSEL** |

    IT IS HEREBY ORDERED that the above-captioned case is set for Status and Change of Counsel on **January 4, 2011, at 9:15 a.m**. IT IS FURTHER ORDERED that defendant WANLAND be personally present in court on that date and time.

DATED: December 15, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[PROPOSED] ORDER SETTING STATUS CONFERENCE        Case No. CR S CRS 08-009 LKK
AND CHANGE OF COUNSEL