1 BENJAMIN B. WAGNER
United States Attorney
2 SAMANTHA S. SPANGLER
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2792

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )    CASE NO. 2:09-cr-008 LKK
                                   )
12                  Plaintiff,     )    ORDER AFTER STATUS CONFERENCE
                                   )    EXCLUDING TIME
13        v.                       )
                                   )
14 DONALD M. WANLAND, JR.,         )
                                   )
15                  Defendant.     )
   _____)

16

17      This matter came before the Court on January 11, 2011, for a

18 status conference.  Assistant U.S. Attorney Samantha S. Spangler

19 appeared on behalf of the United States.  Attorney Kresta N. Daly

20 appeared on behalf of the defendant, who was present.  Ms. Daly was

21 appointed to represent the defendant.

22      The Court vacated the jury trial set for February 15, 2011, and

23 the trial confirming hearing set for January 25, 2011, because of

24 the presence of new defense counsel in the case.  A new status

25 conference was scheduled for January 19, 2011 at 9:15 a.m. to give

26 Ms. Daly time to obtain the discovery, begin reviewing it, and

27 discuss the matter with the defendant.  The Court warned that the

28 case would soon be back on the trial calendar.

1    The Court excluded time from the Speedy Trial Act calculation

2  through the new status conference date of January 19, 2011, for

3  obtaining new counsel and preparation of counsel, pursuant to 18

4  U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.  The Court finds

5  that the interests of justice served by granting the continuance

6  outweigh the interests of the public and the defendant in a speedy

7  trial.

8    IT IS SO ORDERED.

9  DATED: January 12, 2011

10  _____
   LAWRENCE K. KARLTON
11  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28