```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-008 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER AFTER STATUS CONFERENCE APPOINTING COUNSEL, SCHEDULING TRIAL, AND EXCLUDING TIME |
| v. | ) | |
| DONALD M. WANLAND, JR., | ) | |
| Defendant. | ) | |

This matter came before the Court on January 20, 2011, for a status conference. Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the United States. Attorney Kresta N. Daly appeared on behalf of the defendant, who was present. Ms. Daly was appointed to represent the defendant.

The Court scheduled a jury trial for September 13, 2011, at 10:30 a.m., and the trial confirming hearing for August 16, 2011, at 9:15 a.m. The Court warned the defendant that if he sought to fire Ms. Daly or sought new counsel, he would represent himself.

The Court excluded time from the Speedy Trial Act calculation through the jury trial date of September 13, 2011, for preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and

1 Local Code T4.  The Court found that the interests of justice served
2 by granting the continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4     IT IS SO ORDERED.
5 DATED: January 21, 2011

```
                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
```