```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:09-cr-008 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING JURY TRIAL AND TRIAL |
| v. | ) | CONFIRMING HEARING |
| DONALD M. WANLAND, Jr. | ) |  |
| Defendant. | ) |  |

Stipulation

The parties, through undersigned counsel, stipulate that the jury trial scheduled for September 13, 2011, may be continued to January 31, 2012, at 10:00 a.m., and that the trial confirming hearing scheduled for August 16, 2011, may be continued to January 10, 2012, at 9:15 a.m.  The reason for this continuance is that counsel for the government has learned that there exist four additional boxes of documents which should be looked through and much if not all of the contents should be disclosed in discovery. The parties have been diligently looking into the state of discovery and the defense has made three additional discovery requests, to which the government is responding.  Additionally, the prosecutor

has a jury trial in another case scheduled for late November into December, and counsel agree that they do not wish to schedule a trial over the Christmas holiday period.

The parties, through undersigned counsel, further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new jury trial date of January 31, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation and because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED:   June 14, 2011                BENJAMIN B. WAGNER
                                      United States Attorney


                                  by  /s/ Samantha S. Spangler
                                      Samantha S. Spangler
                                      Assistant U.S. Attorney


DATED:   June 14, 2011            by  /s/ Samantha S. Spangler  for
                                      Kresta Daly
                                      Counsel for Defendant
                                      Donald M. Wanland, Jr.

## Order

Good cause appearing, the jury trial scheduled for September 13, 2011, is ordered continued to January 31, 2012, at 10:00 a.m., and the trial confirming hearing scheduled for August 16, 2011, is ordered continued to January 10, 2012, at 9:15 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial

2

1 | calculation under the Speedy Trial Act through the new jury trial
2 | date of January 31, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)
3 | and Local Code T4.
4 |     IT IS SO ORDERED.
5 | DATED:  June 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT