KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY[1] LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
DONALD M. WANLAND, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-008 LKK |
| Plaintiff, | **ORDER AFTER HEARING EXCLUDING TIME** |
| v. | |
| DONALD M. WANLAND, JR., | |
| Defendant. | |

This matter came before the Court on January 24, 2012.  Assistant United States Attorneys Samantha Spangler and Matthew Segal were present for the United States.  Attorney Kresta N. Daly appeared for Donald M. Wanland, Jr., who has a waiver on file.

After hearing from the parties regarding the status of the case, the Court set a status conference and potential arraignment on February 7, 2012 at 9:15 a.m. before this Court.  The parties further stipulate that time should be excluded pursuant to Local Code T4 for continuity and preparation of counsel.

//

//

//

---

[1] The name change of the firm is currently pending before the California Secretary of State.

{00006015}

ORDER AFTER HEARING EXCLUDING TIME                                      [Case No. 2:09-CR-008 LKK]

For the reasons stipulated by the parties, the Court finds that the interests of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  January 26, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT