1  KRESTA NORA DALY, SBN 199689
   BARTH TOZER & DALY[1] LLP
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@btdlaw.net

5  Attorneys for Defendant
   DONALD M. WANLAND, JR.

6

7           IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              Case No. 2:09-CR-008 LKK

11          Plaintiff,
                                          **STIPULATION AND ORDER**
12      v.

13  DONALD M. WANLAND, JR.,

14          Defendant.

15       Ms. Daly recently joined the law firm Barth Tozer and Daly LLP.

16  Mr. Wanland and Mr. Barth represent adverse parties in an unrelated civil action.

17  Ms. Daly informed Mr. Wanland of the conflict.  Ms. Daly revealed personal financial

18  information pertaining both to Mr. Barth and herself, specifically details of their

19  partnership agreement.  This disclosure was made to fully inform Mr. Wanland so that he

20  may knowingly waive the conflict.

21       The parties stipulate it is appropriate for the Court to seal the Conflict

22  Waiver dated January 23, 2012 to protect the personal financial information of Mr. Barth

23  and Ms. Daly.

24  Dated:  January 24, 2012.        Respectfully submitted,

25                                   BARTH TOZER & DALY LLP

26                                   By   /s/Kresta Nora Daly
                                         KRESTA NORA DALY
27                                   Attorneys for DONALD M. WANLAND, JR.

28  _____
    [1] The name change of the firm is currently pending before the California Secretary of State.

    {00006021}

    STIPULATION AND [PROPOSED] ORDER                    [Case No. 2:09-CR-008 LKK]

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1    The government concurs in the request.

2  Dated:  January 24, 2012.               Respectfully submitted,

3

4                                          By    /s/ Kresta Nora Daly for
                                               MATTHEW SEGAL
                                               Assistant United States Attorney
5

6

7                                    **O R D E R**

8        Good cause appearing the Court hereby orders the Conflict Waiver dated

9  January 23, 2012 sealed.

10  Dated:   January 31, 2012

11

12

13                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00006021}                           - 2 -

STIPULATION AND [PROPOSED] ORDER                          [Case No. 2:09-CR-008 LKK]

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00006021}

STIPULATION AND [PROPOSED] ORDER                                    [Case No. 2:09-CR-008 LKK]