BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
CHRISTOPHER HALES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-008 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | TO EXCLUDE TIME |
| DONALD M. WANLAND | ) | |
| | ) | |
| Defendant. | ) | |

The parties stipulate that the time between June 19, 2012 and August 7, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the Defendant avers that he requires additional time to review the evidence and prepare pretrial motions.  The parties stipulate and

///

///

///

1

agree that the interests of justice served by granting this
continuance outweigh the best interests of the public and the
defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).



                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: June 20, 2012      By:      /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: June 20, 2012               /s/ Eduardo Roy by MDS
                                    EDUARDO ROY
                                    Attorney for Defendant

        **IT IS SO ORDERED.**

DATE: June 20, 2012
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2