1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   CHRISTOPHER S. HALES
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2708

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    CASE NO. 2:09-CR-08 LKK
                                  )
12              Plaintiff,        )
                                  )    STIPULATION AND ORDER
13      v.                        )    CONTINUING DISCOVERY
                                  )    AND MOTIONS DEADLINES AND
14 DONALD WANLAND                 )    EXCLUDING TIME
                                  )
15              Defendant.        )
                                  )
16

17

18      On August 7, 2012, the Court heard Defendant's Second Motion

19 for Discovery.  On August 30, 2006 the parties submitted a

20 stipulation and proposed order stating that the government

21 anticipated being able to complete the additional discovery

22 resulting from the hearing by September 25, 2012, and therefore

23 providing that Defendant would have until October 25, 2012 to

24 file any further Rule 12 motions.  (Dkt. #133.)  On September 6,

25 2012 the Court so ordered.  (Dkt. #134.)

26      Government counsel has not yet received the files in

27 question from the Los Angeles office of the Internal Revenue

28 Service, but is informed that they are currently en route from

                            1

the IRS warehouse in Los Angeles.  For this reason the parties
hereby stipulate and request that the Court order the dates for
document production and Rule 12 motions be modified as follows:

- October 16, 2012 - Government to produce additional
  discovery
- November 15, 2012 - Defendant to file any further Rule
  12 motions

In light of the additional time needed for the government to
review the records once received from the IRS, and for the
defendant to review the document production and prepare any
further Rule 12 motions, the parties stipulate that the time
between October 25, 2012 up to and including November 15, 2012
should be excluded from calculation of time under the Speedy
Trial Act.[1]

///
///
///
///
///
///
///
///
///
///
///

---

[1]  The time from August 7, 2012 through October 25, 2012 has already been excluded by previous order of the Court.  (Dkt. #134.)

The ends of justice are served by the Court excluding such time, so that the Government may have additional time to review and produce the IRS documents from Los Angeles, and so that counsel for Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney


DATE: September 27, 2012     By:   /s/ Matt Segal by CSH
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney


DATE: September 27, 2012            /s/ Eduardo Roy by CSH
                                   EDUARDO ROY
                                   Attorney for Defendant

                                   **SO ORDERED.**

DATE: September 27, 2012


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT