```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
CHRISTOPHER HALES
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-08 LKK |
| Plaintiff, | |
| v. | ORDER TO EXCLUDE TIME |
| DONALD M. WANLAND, | |
| Defendant. | |

The Court orders that the time between January 9, 2013 and July 30, 2013 is excluded from the calculation of time under the Speedy Trial Act.  The ends of justice are served by the Court excluding such time, both for continuity of defense counsel and so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the counsel for Defendant has averred that he requires additional time to review the evidence and prepare for trail, and, further avers that counsel is unavailable to try the case until July 30, 2013.  The interests of justice served by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

When the Court inquired of Defendant directly, Defendant personally agreed to this continuance.

**SO ORDERED.**

DATE: February 22, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2