BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DONALD M. WANLAND<br><br>             Defendant. | CASE NO. 2:09-CR-008 LKK<br><br>FINDINGS AND ORDER REGARDING TRIAL CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |

**ORDER**

On July 9, 2013, counsel for both parties appeared before this Court for a trial confirmation hearing and to address defendant's motions to continue the trial date. See ECF 159, 167-171. Defense counsel set forth extensively in his motions why he believes a recent state trial commitment has limited his ability to prepare for trial and may conflict with the trial in this case, and his opinion that he may render ineffective assistance of counsel if trial were to proceed on July 30, 2013. At the hearing, defense counsel represented that he needs to perform substantial additional work before trial, including conducting additional investigation and further consulting and engaging experts in order to prepare. Defense counsel requested a trial continuance of three months. The government objected to the trial continuance and stated that it is prepared to proceed with trial on July 30, 2013. The Court granted a continuance of one month. Counsel for Mr. Wanland stated unequivocally that he would be present and prepared to commence trial at the continuance date set by the Court. The Court granted defendant's

request for a trial continuance and provisionally set the trial date for August 27, 2013, subject to a possible revision pending the availability of AUSA Matt Segal, who was not present because he was in trial in another courtroom in U.S. v. Zinnel et al., 2:11-cr-0234 TLN.

Following the hearing, defense counsel and counsel for the government have communicated with each other and with the Court's courtroom deputy regarding available trial dates. AUSA Segal is not available for the provisionally set trial date, but he and all other parties are available on **September 10, 2013**. That trial date is available on the Court's calendar and the parties agree to commence trial on that date.

THEREFORE, THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

**1. Trial Date**

Trial shall commence on September 10, 2013 at 10:30 a.m. All other trial dates are vacated.

**2. Exclusion of Time Under the Speedy Trial Act.**

The Court orders that the time between July 9, 2013 and September 10, 2013 is excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, both for continuity of defense counsel and so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4]. Specifically, the counsel for Defendant has averred that a recent state trial commitment has limited his ability to prepare for trial, that he needs to perform substantial additional work before trial in this case, including conducting additional investigation and further consulting an expert in order to prepare, and that he would not be able to complete this preparation were trial to proceed on the previously scheduled trial date of July 30, 2013. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO FOUND AND ORDERED this 10th day of July, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT