BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-008 LKK |
| Plaintiff, | [PROPOSED] ORDER REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE |
| v. | |
| DONALD WANLAND, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

On Wednesday, September 18, 2013, the Defendant Donald M. Wanland Jr. called his former tax counsel Steven J. Mopsick as a witness in this criminal trial to testify. Mr. Mopsick testified in open court before the jury regarding his conversations with the Defendant regarding IRS levies served on Wanland & Bernstein and 705 University Partners on or about April 14, 2005. Mr. Mopsick further testified regarding the timing of the advice he gave to the Defendant, and what information the Defendant did and did not provide to Mr. Mopsick in the course of seeking the advice. The Court hereby finds that the Defendant has waived the attorney-client privilege as to all documents and records, in whatever form, that may exist regarding Mr. Mopsick's representation of Mr. Wanland with respect to the aforementioned levies, including but not limited to billing records, memorandums, emails, handwritten notes, and any other items maintained by Mr. Mopsick, his former partner Betty Williams (formerly Betty Little), any other attorney who represented Mr. Wanland on the issue of the levies or

1  was privy to any confidences related to such representation. Ms. Betty Williams and any other attorney
2  representing Mr. Wanland with respect to the aforementioned levies is hereby notified that this Court
3  has found a waiver of attorney-client privilege as stated above, and directs that Mr. Williams and any
4  other attorney who represented Mr. Wanland or was privy to client confidences on the levy issue shall
5  turn over to the Government all documents and records, in whatever form, that may exist regarding Mr.
6  Mopsick's representation of Mr. Wanland with respect to the aforementioned levies. Upon receipt of
7  said documents and records, Government counsel shall as soon as possible provide copies to defense
8  counsel in this case.

   IT IS SO ORDERED

Dated: September 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE