UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DONALD M. WANLAND, JR.,

        Defendant.

NO. CR. S-09-008 LKK

O R D E R

For the reasons set forth in the government's response (ECF No. 276), but for the more fundamental reason that the court simply has no confidence that defendant will appear if ordered to, Defendant's Motion for Release Pending his Sentence (ECF No. 272), is DENIED

    IT IS SO ORDERED.

    DATED: October 21, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1