PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone:    415.527.0255

Attorney for Defendant
Donald M. Wanland, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.  2:09-cr-00008-LKK |
| Plaintiff, | **ORDER** |
| v. | |
| Donald M. Wanland, Jr., | |
| Defendant. | |

On January 13, 2014, Defendant filed a written request for a one-week continuance of the sentencing date and for associated dates.  Based on the declaration of defense counsel, Eduardo G. Roy, the matters set forth therein, the non-opposition of the United States, and good cause appearing, the following dates are continued and set as follows:

- Counsel's written objections to the proposed Presentence Report shall be delivered to the Probation Officer and Opposing counsel no later than: January 21, 2014
- The Presentence Report shall be filed with the Court and disclosed to counsel no later that: January 28, 2014
- Motion for correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: February 4, 2014

-1-

- Reply of statement of Non-Opposition:  February 11, 2014
- Judgment and Sentencing Date:  **February 25, 2014 at 9:15 a.m.**

IT IS SO ORDERED.

Dated: January 23, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SAN FRANCISCO

2